J-A20022-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| R.H. ON BEHALF OF E.W. | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | |
| D.W. | |
| APPEAL OF: R.H. | No. 1502 WDA 2015 |

Appeal from the Order Entered September 9, 2015
In the Court of Common Pleas of Erie County
Civil Division at No: 16306-2015

BEFORE:  BOWES, STABILE, and MUSMANNO, JJ.

JUDGMENT ORDER BY STABILE, J.:                **FILED NOVEMBER 22, 2016**

Appellant, R.H, appeals from the order entered by the Court of Common Pleas of Erie County denying her petition for protection from abuse. Because Appellant (and Appellee D.W.) failed to appear at oral argument before this Court, we dismiss this appeal.  **See** Pa.R.A.P. 2314.[1]

Appeal dismissed.

―――――――――――――――――――――――

[1] Rule 2314, entitled "Non–Appearance of Parties," reads as follows:

> If appellant or the moving party is not ready to proceed when a case is called for oral argument, the matter may be dismissed as of course. The court in its discretion may hear a party who is ready ex parte; or the court may act in such manner as under the circumstances may be deemed to be appropriate.

Pa.R.A.P. 2314.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 11/22/2016